

# United States District Court
# Eastern District of California

| Aimme Carolina Silva Gomez | Case Number: | 1:26-cv-00225 JLT SKO |
| --- | --- | --- |

Plaintiff(s)

V.

| Chestnut et. al |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Mariah R. Schiff hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Aimee Carolina Silva Gomez

On ___04/18/2018___ (date), I was admitted to practice and presently in good standing in the ___Florida Supreme Court___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___01/12/2026___    Signature of Applicant: /s/ ___Mariah R. Schiff___

**Pro Hac Vice Attorney**

Applicant's Name: Mariah R. Schiff

Law Firm Name: M.R.S. Law, P.A.

Address: 8320 W. Sunrise Blvd.

Suite 202A

City: Plantation      State: FL      Zip: 33322

Phone Number w/Area Code: (954) 204-0426

City and State of Residence: Plantation, Florida

Primary E-mail Address: Mariah@mrslaw.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Bautista Immigration Law, P.C.

Address: 1227 Laurel St.

City: San Carlos      State: CA      Zip: 94070

Phone Number w/Area Code: (650) 674-6070      Bar # 336327

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/15/2026                    *Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT